EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>TANNER DEAN WASHINGTON,<br><br>    *Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No. 21-MJ-222-SPS |

I, Special Agent Samuel McAfee, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about October 27, 2019, in the Eastern District of Oklahoma, defendant(s) violated Title, United States Code, Section(s) 1111(a), 1151, 1152, an offense described as follows:

Murder in Indian Country

I further state that I am a Special Agent with Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Samuel McAfee, which is attached hereto and made a part hereof by reference.)

☒  Continued on the attached sheet.

_____
Special Agent Samuel McAfee, FBI
Complainant

Sworn to before me at: MUSKOGEE, OKLAHOMA

Date: May 5, 2021

_____  _____
UNITED STATES MAGISTRATE JUDGE  Signature of Judicial Officer
Name and Title of Judicial Officer



# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Samuel McAfee, being duly sworn, depose and state that:

### INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed since June, 2016. I am currently assigned to the FBI Oklahoma City Division Headquarters City and am presently on temporary duty assignment to work Indian Country Investigations in the Eastern District of Oklahoma. In my career as an FBI agent, I have assisted on numerous Indian Country cases, including high risk arrest warrants, search warrants, and a variety of sexual abuse and other violent crimes.

2. As a Federal Agent, I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3. The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that TANNER DEAN WASHINGTON, committed the below-described offenses, I have not included every detail of the investigation and it does not set forth all of my knowledge about this matter. This affidavit is made in support of a Complaint and Arrest Warrant a violation of Title 18, United States Code, Section 1111(a), 1151, and 1152: Murder in Indian Country. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

1

**PROBABLE CAUSE**

4.  There is probable cause to believe that TANNER DEAN WASHINGTON committed a violation of Title 18, United States Code, Sections 1111(a), 1151 and 1152, Murder in Indian Country, which occurred within the boundaries of the Chickasaw Nation Reservation, located within the Eastern District of Oklahoma.

5.  VENUE: the facts and circumstances alleged in this affidavit occurred in Ada Oklahoma, within the Eastern District of Oklahoma. More specifically, based on the Supreme Court decision in *McGirt v. Oklahoma (2020)*, the facts and circumstances described below occurred within the special maritime and territorial jurisdiction of the United States and in Indian Country, to wit the Chickasaw Nation Reservation.

6.  DEFENDANT: the defendant is TANNER DEAN WASHINGTON (hereinafter WASHINGTON) (d/o/b xx/xx/1994)

7.  VICTIM(S): the victim of the herein described offense, Faith Lindsey, is a member of the Chickasaw Nation. I verified this on May 5, 2021.

8.  OFFENSE: On or about October 27, 2019, WASHINGTON willfully and maliciously shot Linsey in the vicinity of Ada/Sasakwa, Oklahoma causing her death.

9.  BACKGROUND: On October 28, 2019, WASHINGTON told an ex-girlfriend, JH, that Lindsey was dead and he was the reason she had been killed. JH observed that WASHINGTON had what appeared to be blood on his shoes, pants, and iPhone cellular phone. WASHINGTON told JH that it was Lindsey's blood on those items. On or about October 28, 2019, at the suggestion of JH, WASHINGTON met with EB and two other people at the Cottrell Mission Church near Stratford, Oklahoma. In that meeting, WASHINGTON told EB that Lindsey had been shot in the head in Sasakwa, Oklahoma over the weekend. EB's wife reported the incident to the Undersheriff of Seminole County, Matt Haley, on October 29, 2019. Haley

interviewed Lindsey's sister, JL who reported Lindsey was in an abusive relationship with WASHINGTON and that she had gotten a message from Lindsey's Snapchat account on October 29, 2019. The message however had spelling and grammar inconsistencies and JL was certain the message was not written by Lindsey.

10. WASHINGTON drove a Camaro and had recently sold a Nissan truck for $300. Pursuant to several search warrants, the Oklahoma State Bureau of Investigation (OSBI) and the Seminole County Sheriff's Office discovered blood on WASHINGTON's pants, shoes and iPhone cellular phone as well as on the passenger side, door panel and seat of his Camaro. Consent to search the Nissan truck was given by the current owner and blood was discovered on the carpet of the back seat and on a set of sunglasses. Buccal swabs obtained from Lindsey's mother, SM, and father, JL, were a biological match to samples of the blood found. Cell phone and text message records revealed WASHINGTON's poor grammar and spelling; those same records place both WASHINGTON and Lindsey in Pontotoc County on October 27, 2019 and the early morning or October 28, 2019.

11. Lindsey has not been seen since October 27, 2019 at 2134hrs. Phone records suggest WASHINGTON took over her social media accounts to make it appear Lindsey was still alive.

12. WASHINGTON was arrested pursuant to an arrest warrant for the murder of Lindsey on December 19, 2019 in Del City Oklahoma and was booked into Pontotoc County Justice Center.

13. Based on a review of this case, and based on my knowledge and experience with violent crimes in Indian Country, I, as your Affiant have probable cause to believe TANNER WASHINGTON committed the offense of Murder in Indian Country in violation of Title 18, United States Code, Sections 1111(a), 1151 and 1152.

Respectfully Submitted,

Samuel McAfee, Special Agent
Federal Bureau of Investigation

Sworn before me this 5th day of May 2021.

STEVEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA