

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MAY 1 2 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**TANNER DEAN WASHINGTON**<br><br>*Defendant.* | Case No. **CR 21-167 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, & 1152]

On or about October 27, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **TANNER DEAN WASHINGTON**, willfully, deliberately, and with premeditation and malice aforethought, did unlawfully kill Faith Lindsey, an Indian, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1152.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

_____
RYAN CONWAY, NYBA # 5428149
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY