IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 6:21CR-167-DCJ |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | **NOTICE OF APPEARANCE AS** |
| | : | **CO-COUNSEL** |
| TANNER DEAN WASHINGTON, | : | |
| | : | |
| Defendant. | : | |

    Undersigned counsel, Timothy C. Ivey, enters a Notice of Appearance as Co-Counsel on behalf of the Defendant, Tanner Washington, in the above-captioned case.  Please add Timothy C. Ivey to the docket as co-counsel for Mr. Washington.

    Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928


*s/ Timothy C. Ivey*
TIMOTHY C. IVEY
Assistant Federal Public Defender
Ohio Bar:  0039246
1660 West Second Street - Suite 750
Cleveland, Ohio  44113
Phone: (216) 522-4856; Fax: (216) 522-4321
E-Mail: timothy_ivey@fd.org